Beers et al. v. Strong et ux.

---

## BEERS ET AL. V. STRONG ET UX. — IN CHANCERY.

Statute provision for compelling tenants in dower to repair, extends only, to dower assigned in the manner the statute prescribes.

THIS was a petition against tenants in dower, to compel repairs to be made, agreeably to statute. The heirs and widow of Abel Gunn, deceased, made partition of his estate, by mutual agreement, under their hands and seals; by which,

a certain tract of land and buildings, were apportioned to the widow as dower; and the buildings had not been kept in tenantable repair.

On demurrer,

The whole COURT held: That the statute provision for compelling tenants in dower to repair, extends only to dower assigned in the manner the statute prescribes.    Here has been no such assignment; nor is there any dower.    The wife of said Strong, if she has anything in the lands in question, has it by purchase, and without other limitations or conditions than such as are specially provided in the grant, or settlement of the heirs under which she holds.

Note.— This judgment was afterwards affirmed in the Supreme Court of Errors.